| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | | **PACTS** 000013510 | **DATE** 06/30/2026 |
|---|---|---|---|---|---|

| **NAME** BUCKNER, Germayne H. | | **OFFICER** Ashley D. Teeples | **JUDGE** Robert J. White | | **DOCKET #** 23-CR-20456-01 |
|---|---|---|---|---|---|

| **ORIGINAL SENTENCE DATE** 01/04/2024 **COMMENCED** 04/07/2025 **EXPIRATION** 04/06/2027 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** I | **TOTAL OFFENSE LEVEL** 17 | **PHOTO** |
|---|---|---|---|---|

| **ASST. U.S. ATTORNEY** William Orr | **DEFENDANT ATTORNEY** Bryan J. Sherer |
|---|---|

**REPORT PURPOSE**

**TO ISSSUE A WARRANT TO BE LODGED AS A DETAINER AT THE SAGINAW COUNTY JAIL IN SAGINAW, MICHIGAN**

**ORIGINAL OFFENSE**

Count 1: 18 U.S.C. §922(o) and §924(a)(2), Unlawful Possession of a Machinegun

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 24 months, to be followed by a two-year term of supervised release.

Name of Sentencing Judicial Officer: Honorable Thomas L. Ludington. Case reassigned to the Honorable Robert J. White on June 18, 2026, pursuant to Local Rule 57.10.

**ORIGINAL SPECIAL CONDITIONS**

1. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

   Criminal Monetary Penalty: Special Assessment $100.00 (Paid)

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000013510 | **DATE** 06/30/2026 |
|---|---|---|---|---|
| **NAME** BUCKNER, Germayne H. | **OFFICER** Ashley D. Teeples | **JUDGE** Robert J. White | **DOCKET #** 23-CR-20456-01 | |

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| Violation Number | Nature of Noncompliance |
|---|---|

**1.**  **Violation of Mandatory Condition**: "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."

On January 28, 2026, officers with the Michigan State Police (MSP) Bay Area Narcotics Enforcement Task Force (BAYANET) observed a suspected narcotics transaction between two males near the Starbucks in Midland, Michigan. The male observing selling the narcotics had arrived at the location in a black Chevrolet Trax, with three additional males. BUCKNER was identified to be a rear-seat passenger in the vehicle. The vehicle was searched, and the officers found the following: 57.4 grams of methamphetamine, 0.8 grams of fentanyl, and 294 grams of marijuana.  All four males were arrested and transported to the Midland County Jail.

BUCKNER was charged in the 42nd Circuit Court, docket 2026-00001227-FH, with Count 1: Possession of Controlled Substances. He pleaded guilty to the sole count on May 22, 2026, and is scheduled for sentencing on July 30, 2026.

**2.**  **Violation of Mandatory Condition**: "YOU MUST NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE."

On January 28, 2026, BUCKNER was a rear-seat passenger in a vehicle that contained 57.4 grams of methamphetamine, 0.8 grams of fentanyl, and 294 grams of marijuana.

**3.**  **Violation of Mandatory Condition**: "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."

On June 8, 2026,  troopers with the Michigan Department of State Police (MSP) initiated a traffic stop on a vehicle in Saginaw, Michigan traveling 43 miles per hour in a 35 mile per hour speed zone. When the troopers approached the vehicle, the female driver advised she did not have identification on her person, and the male passenger refused to identify himself when asked. Both occupants were removed from the vehicle, at which time the troopers observed a heavy object in the male subject's pants pocket causing his pants to sag. The male was searched, and the officers located a .45-caliber Glock Model 21 pistol in his right front pants pocket. Eventually the male identified himself as GERMAYNE BUCKNER JR. The firearm was determined to have been previously reported stolen by the Detroit (Michigan) Police Department. BUCKNER was arrested without incident and transported to the Saginaw County Jail.

BUKCNER was charged in the 70th District Court, Saginaw County, docket 26-3090-FY, with the following charges: Count 1: Carrying Concealed Weapon; Count 2: Felon in Possession of

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000013510 | **DATE** 06/30/2026 |
|---|---|---|---|---|
| **NAME** BUCKNER, Germayne H. | **OFFICER** Ashley D. Teeples | **JUDGE** Robert J. White | | **DOCKET #** 23-CR-20456-01 |

Firearm; Count 3: Felony Weapons Firearm; Count 4: Felon in Possession of Ammunition; and Count 5: Felony Weapons Firearm. He was arraigned on June 10, 2026, and the case was bound over to Circuit Court on June 25, 2026. BUCKNER is currently in custody at the Saginaw County Jail.

4.      **Violation of Standard Condition No. 10**: "YOU MUST NOT OWN, POSSESS, OR HAVE ACCESS TO A FIREARM, AMMUNITION, DESTRUCTIVE DEVICE, OR DANGEROUS WEAPON (I.E. ANYTHING THAT WAS DESIGNED, OR WAS MODIFIED, FOR THE SPECIFIC PURPOSE OF CAUSING BODILY INJURY OR DEATH TO ANOTHER PERSON, SUCH AS NUNCHAKUS OR TASERS)."

On June 8, 2026, BUCKNER was an occupant in a vehicle during a traffic stop. BUCKNER and the driver were removed from the vehicle and BUCKNER's person was searched. The officers located a .45-caliber Glock Model 21 pistol in BUCKNER's right front pants pocket. The firearm was determined to have been previously reported stolen by the Detroit Police Department.

| **I declare under penalty of perjury that the foregoing is true and correct.** **PROBATION OFFICER** s/Ashley D. Teeples/djl 989-894-8832 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Matthew A. Romeo 989-894-8829 | **PROBATION ROUTING** Data Entry |

| PROB 12C<br>(Rev. 08/18) | **VIOLATION REPORT PART 1:<br>PETITION FOR WARRANT** | **U. S. Probation Office**<br>Eastern District of Michigan | **PACTS**<br>000013510 | **DATE**<br>06/30/2026 |
|---|---|---|---|---|
| **NAME**<br>BUCKNER, Germayne H. | **OFFICER**<br>Ashley D. Teeples | **JUDGE**<br>Robert J. White | | **DOCKET #**<br>23-CR-20456-01 |

**THE COURT ORDERS:**

☒   To issue a warrant to be lodged as a detainer at the Saginaw County Jail in Saginaw, Michigan

☐   Other

s/Robert J. White
_____
United States District Judge

7/6/2026
_____
Date